IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARA KNIAZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KAY MANAGEMENT COMPANY et al., <br><br> Defendants. | Civil Action No. 19-CV-01343-LO-IDD |

### ORDER

This MATTER is before the Court on Defendants' Motion to Dismiss (Dkt. No. 46). Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs filed their Amended Complaint on January 3, 2020 (Dkt. No. 51). The parties having agreed that the filing of Plaintiffs' Amended Complaint renders Defendants' pending Motion moot, so it is hereby ORDERED that Defendants' Motion to Dismiss (Dkt. No. 46) is DENIED as moot.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

Jan 8, 2020

_____
The Honorable Liam O'Grady
U.S. District Court Judge